AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Masachusetts

UNITED STATES OF AMERICA

v.

Kam Wai Chui

**WARRANT FOR ARREST**

CASE NUMBER: 03 m 0448 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Kam Wai Chui _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Engaging in a scheme to embezzle stock from account holders at the stock transfer company, Equiserve, Inc.

in violation of Title __18__ United States Code, Section(s) __1341 (mail fraud)__

Robert B. Collings
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

11-07-2003   Boston, Massachusetts
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY USPS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/19/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.