UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 03-10396-NG |
| | ) |
| KAM WAI CHUI, | ) |
| | ) |
| Defendant. | |

ASSENTED-TO MOTION FOR A BRIEF CONTINUANCE

The government hereby moves to continue the sentencing in this matter from December 1, to either December 3, 6, 7, 8 or a date thereafter convenient to the Court. As grounds therefor, the government states as follows:

1. Yesterday, November 1, 2004, the Court continued the sentencing of this matter to December 1. The government agreed to the new date based on the representation of the witnesses it intends call at sentencing that they would be available.

2. Later in the day, one of the witnesses informed the undersigned Assistant United States Attorney that he was mistaken, that he was in fact not available on December 1 because he will be attending a conference in Washington, D.C. for the first four days of the week.

3. There is no reason to believe that a short continuance will prejudice the defendant in any way.

4. Accordingly, the government requests that the Court continue the sentencing to December 3, 6, 7 or 8, or on a date thereafter convenient to the Court.

5.	The defendant assents to this motion.

Dated: November 3, 2004                                       Respectfully submitted,

                                                              MICHAEL L. SULLIVAN
                                                              United States Attorney


                                                              /s/ Jonathan F. Mitchell
                                                              JONATHAN F. MITCHELL
                                                              Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on this day I will cause a true copy of the above document to be served by mail upon counsel of record for defendant:

Robert Jubinville, Esq.
Mark Bennett, Esq.
487 Adams Street
P.O. Box 509
Milton, MA 02186
fax (617) 296-4783


Dated: November 3, 2004                         /s/ Jonathan F. Mitchell
                                                Jonathan F. Mitchell
                                                Assistant U.S. Attorney