UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          CRIMINAL NO. 04-CR-10396-NG

v.

KAM WAI CHUI,

    **Defendant**

### DEFENDANT'S MOTION FOR LEAVE
### TO FILE SENTENCING MEMORANDUM LATE

Defendant respectfully moves for leave to file his sentencing memorandum late.

As reasons therefore, the defendant says:

1. Counsel for the defendant are each solo practitioners.

2. Scheduling conflicts of counsel have delayed completion of the sentencing memorandum.

3. Assistant U.S. Attorney Mitchell was contacted by telephone on December 15, 2004, and stated that he had no objection to the late filing.

4. The sentencing memorandum will assist the Court in determining a just sentence for the defendant.

Respectfully submitted,

 /S/ Mark W. Bennett
MARK W. BENNETT #544435
P.O. Box 509
Milton, MA 02186
Tel. 617 296 8282

_____
Robert L. Jubinville
487 Adams St.
Milton, MA 02186
Tel. 617 698 8000

## CERTIFICATE OF SERVICE

      I hereby certify that on this day I caused a true copy of the above document to be served by mail, fax, hand, electronically upon counsel of record for the government:

Jonathan F. Mitchell,
Asst. U.S. Attorney
John Jos. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Signed under the pains and penalties of perjury this $16^{th\ day}$ of December, 2004.

                ___/S/ Mark W. Bennett_____
                  Mark W. Bennett, Attorney for
                  Kam Wai Chui