

# MEMORANDUM

**To:** Honorable Nancy Gertner
U.S. District Judge

**From:** Doris C. Fitzpatrick
U.S. Probation Officer

**Re:** **CHUI, Kam Wai (Dkt. No: 1:03-CR10396-01)**
**PAYMENT SCHEDULE POLICY**

**Date:** October 25, 2007

This memorandum serves as notification of a fine/restitution payment schedule agreed upon by the Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above-supervisee has agreed to pay his court-ordered Restitution of $149,635.09 in monthly installments of $50.00 on a monthly basis. If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

_____        Date_____
Jonathan E. Hurtig, Deputy Chief
U.S. Probation Officer


Payment Schedule Is Approved:

_____        Date_____
Nancy Gertner
U.S. District Judge